# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2007

134276 & (31)(32)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOSEPHINE SHRIMPTON a/k/a JOSEPHINE
SHRIMPTON, Personal Representative of the
Estate of Robert Alan Shrimpton, Deceased,
Plaintiff-Appellee,

v

SC: 134276
COA: 276278
Wayne CC: 05-525722-NM

K.P. ANANDAKRISHMAN, M.D., a/k/a K.P.
ANANDAKRISHNAN, M.D.,
Defendant-Appellant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 6, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2007

_____
Clerk

t0703